FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 13 PM 4:20

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MENACHEM PRI-HAR, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) CV 304-133<br>) |
| MICHAEL PUGH, Warden, | )<br>) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the **STAY** in this case is **LIFTED**, the petition is **DENIED**, and this civil action shall be **CLOSED**.

**SO ORDERED** this 13th day of January, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA